(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

22-1297

Lottoria Brown
Lottoria Nicole "Vida" Brown
God Child Entertainment and Ministries
Alive Shoes G Child Shoe Brand

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Google Hangouts
Google Maps
Facebook.com
Instagram, Alive Shoe Brand

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. 22-618
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **Brown, Lottoria, M.**
Name (Last, First, MI)

**2512 W. 4th Street Apt. 2**
Street Address

**New Castle, Wilmington DE 19805**
County, City / State / Zip Code

**302-647-0209**   **lottoriab@gmail.com**
Telephone Number / E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Google**
Name (Last, First)

Street Address

County, City / State / Zip Code

Defendant 2: **Google Hangouts, Google Maps**
Name (Last, First)

Street Address

County, City / State / Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: __Facebook__
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

Defendant 4: __Instagram__
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Jurisdiction, Invasion of Privacy, conspiracy, corporate invasion, Human Trafficking, Cyber crime, organized terrorism, human trafficking, organized Exploitation, Defamation of Character, stalking, Illegal stalking. Hendering privacy, hendering personal conversation. purgery, conspiracy, tampering with evidence

(Del. Rev. 11/14) Pro Se General Complaint Form

## III. VENUE

This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.

Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because:

NO

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington DE, Atlanta GA, Online, Social media, Cyber

Date(s) of occurrence: May 2019 - current

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.

FACTS:

What happened to you?

Google Hangout let me have a conversation with there co-defendant Tyrese Darnell Gibson, and Zelic Timothy. They sold me/ conversation and messages all over the world. They defamed my character. They hired my son.

(Del. Rev. 11/14) Pro Se General Complaint Form

They exposed me. To my fault some of the pictures I sent were explicit. Yet it was a private conversation. They sent me through warzones through maps and put me in extreme danger. Because the workers seen something they weren't supposed to and they tried to bully me into being with someone or sleeping with someone. People are now looking at me as a whore. Yet, I am a private respectable woman. Then they have been stealing all my accounts and giving them to another woman and my identity so I wouldn't get married. This woman Zelia Timothy a.k.a Amber Rose. Turned herself into me and my children. They sent me around the pentagon. Put me through war. I'm a 44 year old civilian woman. They stole everything I had. Even my character all so they could traffic me. They blocked me from getting paid for my work online and gave my money to someone else all because they wanted me to be with someone else. These people attempted to murder me over 50 times over the last 3 years.

> Was anyone else involved?

(Del. Rev. 11/14) Pro Se General Complaint Form

All because they wanted my style my lifestyle my talent and money and keep me down. They sent me assasins and everything stole my look. My accounts. My rights. My human right. looking into my home. I believe connections LLC. had something to do with it from stealing my money from my lawsuits too and giving other people money. Rerouting me into warzones. Sent me around the pentagon. Cursed me to be raped without knowing. Making people follow me obsessively through my car and phone.

**Who did what?**

Google - cyber stalking
exploitation
False imprisonment
Defimation of character
Attempted murder
Cyber theft.

Google map. Attempted murder
Human trafficking
Endangering a civilian
Organized stalking
Organized terrism
Organized theft

Instagram/Facebook
Identity theft
Alive shoes - stole my shoe styles without paying me

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Loss of wages
Emotional damages / Trauma
Anxiety increase
Defamation of Character
Loss of Financial Stability
Slander
Being Terrorized
Being pushed to the edge

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 1,500,000,000

☑ Other (explain):

This includes punitive damages

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law;.and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

9/30/2022
Dated

/s/ Plaintiff's Signature

Brown, Lottoria M.
Printed Name (Last, First, MI)

2512 West 4th St Apt 2   Wilmington   DE   19805
Address                  City           State Zip Code

302-647-0209
Telephone Number

lottoriab@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**